# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| CHARLES POWELL, JR, | ) | Case No. 22-03947 |
| | ) | |
| Debtor. | ) | Judge Cox |

## NOTICE OF MOTION

To the following parties who have been notified by CM/ECF:
Patrick S. Layng, United States Trustee: USTPRegion11.ES.ECF@usdoj.gov
Chapter 13 Trustee Thomas Hooper

To the following parties who have been notified by first-class U.S. mail:
See Attached List.

**PLEASE TAKE NOTICE** that on May 2, 2022, at 9:00 a.m., I will appear before the Honorable Judge Cox, or any judge sitting in that judge's place, and present the **Motion to Extend Stay,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Dustin B. Allen
*Attorney for Debtor*

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed on the attached Service List via CM/ECF or first-class U.S. Mail, on or before April 26, 2022.

Respectfully submitted,

By:   /s/ Dustin B. Allen
Dustin Allen (No. 6312451)
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)

### Service List

To the following parties who have been notified by first-class U.S. mail:

Capital One Auto Finance
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Advocate Health Care
PO Bx 1123
Minneapolis, MN 55440-1123

Arnold Scott Harris, P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604-3517

COTTONWOOD FINANCIAL ILLINOIS, LLC
2100 W WALNUT HILL LANE, SUITE 300
IRVING, TX 75038-3268

Capital One AUto Finance
4515 N. Santa Fe Ave., Apt. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Honor - c/o Peritus Portfolio Servi
PO BOX 141419
Irving, TX 75014-1419

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

SpeedyRapid Cash
P.O. Box 78048
Wichita, KS 67278

Charles Powell Jr.
3221 Wilcox
Bellwood, IL 60104-225

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| CHARLES POWELL, JR, | ) | Case No. 22-03947 |
| | ) | |
| Debtor. | ) | Judge Cox |

## MOTION TO EXTEND STAY

**NOW COMES** the Debtor, by and through its undersigned counsel, to file this Motion seeking the entry of an order extending the automatic stay, and states as follows:

1. On April 5, 2022, the Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor has been a debtor in one case that was pending within the past year, 19-12912, which was filed in the Northern District of Illinois on May 3, 2019, and was dismissed on April 4, 2022. The Debtor has not filed any other cases besides this former case and this instant case.

3. This prior case was dismissed for a failure to make plan payments.

4. The Debtor fell behind in his plan payments because of changes in his financial circumstances. In February of 2021, he lost his job an started receiving unemployment, which persisted until the end of 2021.

5. Thereafter, the Debtor was reemployed by his former employer, and began receiving consistent, higher income again.

6. The Debtor sought to defer the default in his former case, but upon learning that his plan payment would have risen substantially in the former case, instead decided to allow dismissal and to refile a new case.

2

7.      Because he is reemployed and receiving consistent income, the Debtor is now in a position to pay his Chapter 13 payment, along with regular expenses.

8.      Accordingly, the Debtor asserts that he is in a position to proceed and has filed this case in good faith

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order extending the automatic stay, and any further relief that this Honorable Court may deem appropriate.

Respectfully Submitted,

By:   /s/ Dustin B. Allen
Dustin Allen (No. 6312451)
Attorney at Law
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)