# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Charles Powell, Jr | ) | |
| | ) | Case No.22-03947 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Jacqueline P. Cox |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES Capital One Auto Finance, a division of Capital One, N.A., by and through its undersigned attorney, on its Objection to Confirmation of Chapter 13 Plan, and in support thereof states as follows:

1. Capital One Auto Finance, a division of Capital One, N.A. has a security interest in one 2017 Cadillac XTS Sedan 4D Luxury 3.6L V6, VIN 2G61M5S30H9176323, which was properly perfected by recording its lien on title. (Please see Exhibit A & B.)

2. Capital One Auto Finance, a division of Capital One, N.A. alleges the value set forth in Debtor's Chapter 13 Plan is unacceptable. Debtor proposes a "cramdown" pursuant to 11 U.S.C. §506 and alleges the value of the collateral is $20,700.00.

3. Capital One Auto Finance, a division of Capital One, N.A. alleges the value of said vehicle is $23,500.00 pursuant to a NADA valuation. (Please see Exhibit C.)

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A. respectfully requests this Court of entry of an Order denying confirmation and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Jennifer Rinn*

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Charles Powell, Jr | ) | |
| | ) | Case No.22-03947 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Jacqueline P. Cox |

### NOTICE OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

\*AN OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN HAS BEEN FILED.

Please be advised that the attached objection to confirmation of chapter 13 plan shall be presented on June 06, 2022, at 10:30 AM before the Honorable Jacqueline P. Cox at Appear Using Zoom for Government, pursuant to the notice generated by the court on May 20, 2022, to the following parties:

Thomas H Hooper
55 E Monroe St, Suite 3850
Chicago,IL 60603
thomas.h.hooper@chicagoch13.com

Patrick S Layng
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
david.freydin@freydinlaw.com

The objection was further served by depositing a printed copy into the US Mail on May 20, 2022, with postage prepaid at the address listed on the creditor matrix, upon the following parties, others not served:

Charles Powell, Jr
3221 Wilcox
Bellwood, IL 60104

/s/ Gloria Yeager
Gloria Yeager